# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                  **Case No:   6:15-cv-80-Orl-31DAB**

**ASSOCIATED TELECOMMUNICATIONS MANAGEMENT SERVICES, LLC, BLC ACQUISITION GROUP, LLC, BELLERUD ACQUISITION GROUP, LLC, GANOCO ACQUISITION GROUP, LLC, LIFECONNEX ACQUISITION GROUP, LLC, TRIARCH ACQUISITION GROUP, LLC, SCTXLINK ACQUISITION GROUP, LLC, DIALTONE & MORE ACQUISITION GROUP, LLC and REN-TEL ACQUISITION GROUP, LLC,**

    **Defendants.**

## ORDER

This cause comes before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 27), filed March 9, 2015.

On April 1, 2015, the United States Magistrate Judge issued a report (Doc. No. 30) recommending that the motion be granted in part. No objections have been filed.   Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.     The Motion for Default Judgment is **GRANTED in part.**   The Clerk is directed to enter default judgment in favor of Plaintiff as follows:

    a.    Judgment in the amount of $8,000.00 against Associated Telecommunications Management Services, LLC, and BLC Acquisition Group, LLC, jointly and severally;

    b.    Judgment in the amount of $8,000.00 against Associated Telecommunications Management Services, LLC, and Bellerud Acquisition Group, LLC, jointly and severally;

    c.    Judgment in the amount of $8,000.00 against Associated Telecommunications Management Services, LLC, and Ganoco Acquisition Group, LLC, jointly and severally;

    d.    Judgment in the amount of $8,000.00 against Associated Telecommunications Management Services, LLC, and Lifeconnex Acquisition Group, LLC, jointly and severally;

    e.    Judgment in the amount of $8,000.00 against Associated Telecommunications Management Services, LLC, and Triarch Acquisition Group, LLC, jointly and severally;

    f.    Judgment in the amount of $8,000.00 against Associated Telecommunications Management Services, LLC, and SCTxLink Acquisition Group, LLC, jointly and severally;

3.    After entry of judgment, the Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 27, 2015.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party